**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  | CIVIL ACTION NOS. |
|---|---|---|
|  | : |  |
|  | : |  |
| WYLIE | : | 02-3872 |
| JACOBS, et al. | : | 02-3931 |
| MORRIS | : | 02-3968 |
| VARGAS, et al. | : | 02-4172 |
| WALSH, et al. | : | 02-4181 |
| WASLH, et al. | : | 02-4183 |
| BRUNO | : | 02-4232 |
| BURNETT, et al. | : | 02-4236 |
| ANCTIL | : | 02-4285 |
| FISHER, et al. | : | 02-4293 |
| ASHCRAFT | : | 02-4297 |
| CHARBONEAU | : | 02-4308 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this          day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]    -    Order staying these proceedings pending disposition of a related action.

[     ]    -    Order staying these proceedings pending determination of arbitration proceedings.

[     ]    -    Interlocutory appeal filed.

[  X  ]    -    Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota..

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Legrome D. Davis, Judge**